PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) | |
| vs. ) ) | **Docket Number: 2:05CR00465-01** |
| **KRSNA LEV-TWOMBLY** ) ) | |

On April 12, 2005, the above-named was placed on Supervised Release for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/  Cynthia J. Mazzei

**CYNTHIA J. MAZZEI
United States Probation Officer**

Dated:    April 21, 2006
          Sacamento, California

**REVIEWED BY:**    /s/  Kyriacos M. Simonidis
          **KYRIACOS M. SIMONIDIS
          Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:  **LEV-TWOMBLY, KRSNA**
**Docket Number:  2:05CR00465-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  May 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge


CJM:jz
Attachment:    Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG