UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                    RE:    Krsna LEV-TWOMBLY
                               Docket Number:  2:05CR00465-01
                               <u>REQUEST TO RELEASE PASSPORT/ORDER</u>

Your Honor:

Krsna Lev-Twombly's supervision was terminated early as he had fulfilled his sentence in this case.  His passport is being held in the vault in the Clerk's Office in Sacramento.  The probation officer respectfully seeks an order of the Court directing the Clerk's Office to release the offender's passport so it may be returned to him.

By signature on this memorandum, the Clerk's Office in the Eastern District of California is hereby ordered to release the above offender's passport to the probation officer in the Eastern District of California.

                              Respectfully submitted,

                             /s/   Cynthia J. Mazzei

                            **CYNTHIA J. MAZZEI**
                            **United States Probation Officer**

Dated:        June 15, 2006
                Sacramento, California
                CJM:jz

**REVIEWED BY:**    /s/   Kyriacos M. Simonidis
                            **KYRIACOS M. SIMONIDIS**
                            **Supervising United States Probation Officer**

**Re:   Krsna LEV-TWOMBLY**
    **Docket Number:   2:05CR00465-01**
    <u>**REQUEST TO RELEASE PASSPORT/ORDER**</u>

---

ORDER OF THE COURT:

APPROVED:   <u>   X      </u>          DISAPPROVED:  _____

Dated:  June 26, 2006

<pre>                            <u>/s/ Garland E. Burrell, Jr.</u>
                            GARLAND E. BURRELL, JR.
                            United States District Judge</pre>